UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00166-FL-BM-1

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | NOTICE OF SUBSTITUTION |
| MONTREL DEVON INGRAM | ) ) ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina and hereby requests that the undersigned attorney be substituted as counsel for the Government and that Leonard Champaign be removed from the court's docket as counsel for the Government.

Respectfully submitted, this the 20th day of May 2026.

W. ELLIS BOYLE
United States Attorney

/s/ *Matthew Petracca*
BY:  MATTHEW PETRACCA
Assistant United States  Attorney
U.S. Attorney's Office, EDNC
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
E-mail: Matthew.Petracca@usdoj.gov
Telephone: 919-645-5334
Fax: 919-856-4006
NC Bar No. 53350

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this the 20th day of May 2026, served a copy of the foregoing Government's Notice of Substitution upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record.

**Lauren Harrell Brennan**
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4236
Email: lauren_brennan@fd.org

/s/ *Matthew Petracca*
MATTHEW PETRACCA
Assistant United States Attorney
U.S. Attorney's Office, EDNC
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
E-mail: Matthew.Petracca@usdoj.gov
Telephone: 919-645-5334
Fax: 919-856-4006
NC Bar No. 53350

2